JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161
FAX: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD D. SCHULTZ,<br><br>　　Plaintiff,<br><br>v.<br><br>JUDGMENT RESOLUTION CORPORATION, *et al.*,<br><br>　　Defendants. | C-87-6038 MHP<br><br>[proposed]<br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE ON THOMAS K. BOURKE'S MOTION TO INTERVENE**<br><br>*Original hearing date:*<br>Date:　July 21, 2008<br>Time:　2:00 p.m.<br>Ctrm:　Hon. Marilyn Hall Patel<br><br>*New hearing date:*<br>Date:　September 8, 2008<br>Time:　2:00 p.m.<br>Ctrm:　Hon. Marilyn Hall Patel |

　　The court, having considered the Stipulation to Continue Hearing Date on Thomas K. Bourke's Motion to Intervene, and good cause appearing, hereby approves the stipulation and continues the hearing to **September 8, 2008 at 2:00 p.m.** The United States' papers shall be filed by August 18, 2008, and any reply shall be filed by August 25, 2008.  It is so ordered.

Dated: July 3, 2008

_____
MARILYN HALL PATEL
UNITED STATES

[PROPOSED] ORDER APPROVING STIPULATION
C-87-6038 MHP